Village of Fort Edward, Respondent, v. Hudson Valley Railway Company and Delaware and Hudson Company, Appellants.— Order affirmed, with ten

dollars costs and disbursements, on the ground that the defendants have not complied with section 53 of the Public Service Commissions Law.* All concurred.

Edwin Van Keuren, Appellant, v. Joseph F. Brown, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

Dennis L. Wright, Respondent, v. The Knights of the Maccabees of the World, Appellant.— Judgment and order reversed on law and facts, and new trial granted, with costs to appellant to abide event, upon authority of *Mock* v. *Supreme Council* (121 App. Div. 474). All concurred.